# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Akbar, Adeeba M | § § § § | Case No. 10 B 48237 |
| Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/28/2010.

2) The plan was confirmed on 01/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/29/2011.

5) The case was dismissed on 08/29/2011.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $1,950.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,044.54 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $3,044.54

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,791.73 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $152.81 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,944.54

Attorney fees paid and disclosed by debtor   $0

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $8,000.00 | $14,701.68 | $14,701.68 | $0 | $0 |
| Gateway Financial | Secured | $4,500.00 | $10,082.26 | $10,082.26 | $100.00 | $0 |
| A & S Collection Associates | Unsecured | $3,850.00 | $3,785.00 | $3,785.00 | $0 | $0 |
| Advance America | Unsecured | $524.00 | NA | NA | $0 | $0 |
| Advocate Health Care | Unsecured | $161.00 | NA | NA | $0 | $0 |
| All Financial Services, Inc | Unsecured | $315.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $736.00 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $540.00 | $442.63 | $442.63 | $0 | $0 |
| Calvary Portfolio | Unsecured | $317.00 | NA | NA | $0 | $0 |
| Charter One Bank | Unsecured | $1,676.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $1,420.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $375.00 | NA | NA | $0 | $0 |
| Chicago Post Office Employees CU | Unsecured | $550.00 | NA | NA | $0 | $0 |
| Chicago State University | Unsecured | $1,049.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $3,740.00 | $5,334.08 | $5,334.08 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $299.00 | NA | NA | $0 | $0 |
| Collect Systems | Unsecured | $260.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Collect Systems | Unsecured | $257.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $290.00 | NA | NA | $0 | $0 |
| Cook County State's Attorney | Unsecured | $603.84 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $242.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $81.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $259.00 | NA | NA | $0 | $0 |
| EOSCCA | Unsecured | $301.00 | NA | NA | $0 | $0 |
| Fair Collections & Outsourcing | Unsecured | $2,708.00 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $78.00 | NA | NA | $0 | $0 |
| Fingerhut | Unsecured | $168.00 | NA | NA | $0 | $0 |
| Gateway Financial | Unsecured | NA | $0 | $0 | $0 | $0 |
| Gateway Financial | Unsecured | $5,388.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $216.00 | NA | NA | $0 | $0 |
| IDAPP | Unsecured | $24.00 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | NA | $301.20 | $301.20 | $0 | $0 |
| Illinois Collection Service | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $451.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $435.00 | $451.97 | $451.97 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $840.00 | $840.00 | $840.00 | $0 | $0 |
| Luban | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Marauder Corporation | Unsecured | $315.00 | NA | NA | $0 | $0 |
| Marauder Corporation | Unsecured | $315.00 | NA | NA | $0 | $0 |
| Meta Bank | Unsecured | $112.00 | NA | NA | $0 | $0 |
| Metabank | Unsecured | $168.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $722.00 | $752.80 | $752.80 | $0 | $0 |
| National Credit | Unsecured | $433.00 | NA | NA | $0 | $0 |
| National Credit Solution | Unsecured | $165.00 | NA | NA | $0 | $0 |
| National Credit Solution | Unsecured | $153.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Nelnet | Unsecured | $28,670.00 | NA | NA | $0 | $0 |
| Northwest Capital | Unsecured | $486.00 | NA | NA | $0 | $0 |
| Northwest Memorial Hospital | Unsecured | $278.00 | NA | NA | $0 | $0 |
| Northwest Memorial Hospital | Unsecured | $320.00 | NA | NA | $0 | $0 |
| Partners College | Unsecured | $1,021.00 | NA | NA | $0 | $0 |
| Partners College | Unsecured | $499.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,467.05 | $1,467.05 | $1,467.05 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | Unsecured | $573.00 | $537.20 | $537.20 | $0 | $0 |
| Premier Bankcard | Unsecured | $452.00 | $452.78 | $452.78 | $0 | $0 |
| Premier Credit | Unsecured | $102.00 | NA | NA | $0 | $0 |
| Premier Credit | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Professional Account Management | Unsecured | $1,023.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $100.00 | $100.00 | $100.00 | $0 | $0 |
| Receivables Management Inc | Unsecured | $100.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $758.00 | $758.40 | $758.40 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $370.19 | $370.19 | $0 | $0 |
| SKO Brenner American | Unsecured | $331.00 | NA | NA | $0 | $0 |
| South Shore Hospital | Unsecured | $171.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $199.00 | NA | NA | $0 | $0 |
| Torres Credit | Unsecured | $2,552.00 | NA | NA | $0 | $0 |
| TRS Recovery Services Inc | Unsecured | $149.36 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $222.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $167.46 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $108.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $59.00 | NA | NA | $0 | $0 |
| USCB | Unsecured | $487.00 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $188.00 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | $719.00 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | $466.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $10,082.26 | $100.00 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $10,082.26 | $100.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $14,701.68 | $0 | $0 |
| **TOTAL PRIORITY:** | $14,701.68 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $15,593.30 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,944.54 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS:** | $3,044.54 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 19, 2011    By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.